## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

MISSISSIPPI DELTA COMMUNITY
COLLEGE,

                Defendant.

Civil Action No.4:18-cv-00168 DMB-RP

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, the United States of America ("United States"), files this Notice of Voluntary Dismissal of its claim, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure because the parties have reached a settlement. Such dismissal is with prejudice, and each party is to bear its own costs, including attorney fees.

Dated: August 8, 2018

JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division

BY:      DELORA L. KENNEBREW (GA Bar No. 414320)
Chief
Employment Litigation Section

*/s/ Karen D. Woodard*
KAREN D.  WOODARD (MD Bar, no number)
Principal Deputy Chief
Employment Litigation Section
Karen.Woodard@usdoj.gov

*/s/ Torie A. Atkinson*
TORIE A. ATKINSON (NY Bar, no number)
Trial Attorney
U.S. Department of Justice

Civil Rights Division
Employment Litigation Section
950 Pennsylvania Avenue, NW
Patrick Henry Building, Room 4239
Washington, DC 20530
Torie.Atkinson@usdoj.gov
Telephone: (202) 305-3544
Facsimile:  (202) 514-1005

WILLIAM C. LAMAR
United States Attorney for the Northern District of Mississippi

*/s/Ava N. Jackson*
AVA N. JACKSON (MS Bar No. 2959)
Assistant United States Attorney
Northern District of Mississippi
900 Jefferson Ave.
Oxford, MS 38655
Ava.Jackson@usdoj.gov
Telephone: (662) 234-3351
Facsimile: (662) 234-3318

*Attorneys for Plaintiff United States of America*